# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Juwan Karaii Allen**                   Docket No. 2:19-CR-13-2FL

**Petition for Action on Conditions of Pretrial Release** - ADJUDICATED
Hearing Requested

COMES NOW Kalli K. Vargo, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Juwan Karaii Allen, who was placed under pretrial release supervision by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, sitting in the Court at Greenville, on the 29th day of September 2021.

On May 3, 2021, while being supervised by the Eastern District of Virginia, the defendant moved back to the Eastern District of North Carolina without permission. A violation report was submitted, and RF technology was added to assist in monitoring the defendant's previously imposed curfew. The defendant was also instructed to return to his residence in the Eastern District of Virginia.

On June 1, 2021, a violation report was submitted as a result of the defendant again relocating to the Eastern District of North Carolina. A new Third Party Custodian was later appointed by the court and he was allowed to remain in the Eastern District of North Carolina.

On September 1, 2021, a violation report was submitted due to the defendant having multiple curfew violations. The defendant was verbally reprimanded; however, it was not believed the curfew violations were intentional and may have been a result of the defendant's cognitive ability. He was allowed to remain on supervision with no further court action.

On September 29, 2021, the defendant's conditions were modified to change his location monitoring technology to GPS due to continued curfew violations.

The defendant appeared before Robert B. Jones, Jr., U.S. Magistrate Judge for arraignment on the 12th day of October 2021, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 17, 2021, the defendant left his approved residence without notifying his supervising officer. This officer made multiple attempts to contact the defendant, but was unable to do so until November 22, 2021. On this date contact was made with the defendant at 146 Friendly Trail, Garysburg, NC. He was instructed to return to his approved address until the court could be notified. The defendant stated he would not return to his approved residence and has still failed to do so.

The defendant has now changed his residence without notifying his supervising officer or the court on multiple occasions. It is recommended the defendant's pretrial release be revoked.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Juwan Karaii Allen
Docket No. 2:19-CR-13-2FL
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Julie W. Rosa<br>Julie W. Rosa<br>Supervising U.S. Probation Officer | /s/ Kalli K. Vargo<br>Kalli K. Vargo<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8663<br>Executed On: November 23, 2021 |

## ORDER OF THE COURT

Considered and ordered the 23rd day of November, 2021, and ordered filed and made part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge